1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>              Petitioner,<br><br>        v.<br><br>CA DEPT. OF CORRECTIONS, <u>et al.</u>,<br><br>              Respondents. | NO. ED CV 12-1058 SJO (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


DATED:  July 11, 2012.

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE